DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALONZO GILBERT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3252

_____

February 21, 2024

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Howard L. Dimmig, II, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

Alonzo W. Gilbert, pro se.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, KELLY, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.